JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY CURTIS, ) | CASE No: 2:12-cv-05147-SVW-FFM |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ENTIRE ACTION |
| ) | WITH PREJUDICE |
| v. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 29, 2013  _____

The Hon. Stephen V. Wilson

United States District Court Judge